UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

CHRISTINE ESSIQUE
    Plaintiff

-vs-                                              Case No. 05-73127
                                                   Hon. Robert H. Cleland

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ,
et al.
    Defendants

## ORDER DISMISSING CLAIMS

Having been advised by the stipulation of the parties the Court orders as follows:

This case is dismissed with prejudice and without costs, fees, or sanctions. The Court retains jurisdiction over this matter only for purposes of enforcing the settlement of the parties.

**So Ordered.**


    s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE


Dated: May 10, 2006


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 10, 2006, by electronic and/or ordinary mail.


    s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522